IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER JILL HUDSON,

    Plaintiff,

  v.                                              Case No.  19-cv-639-jdp

DEREK RICCI and EAU CLAIRE COUNTY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Derek Ricci and Eau Claire County against plaintiff Jennifer Jill Hudson dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | December 23, 2020 |
| Peter Oppeneer, Clerk of Court | Date |